**INTERMEC TECHNOLOGIES CORP.,** **Plaintiff–Appellant,**

v.

**PALM, INC., Defendant–Appellee.**

No. 2011–1296.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Carson P. Veach, Freeborn & Peters, LLP, of Chicago, IL, argued for plaintiff-

appellant. With him on the brief were David S. Becker and Jacob D. Koering.

Robert T. Haslam, Covington & Burling LLP, of Redwood Shores, CA, argued for defendant-appellee. With him on the brief were Michael M. Markman and Robert Williams of San Francisco, CA.

LOURIE, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**